IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMERICAN POSTAL WORKERS        )        8:06CV239
UNION, AFL-CIO,                )
                               )
           Plaintiff,          )        ORDER
                               )
      vs.                      )
                               )
MAIL CONTRACTORS OF AMERICA,   )
                               )
           Defendant.          )
_____)
```

IT IS ORDERED that a scheduling conference with the undersigned is rescheduled for:

**Friday, July 7, 2006, at 8:30 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 30th day of May, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court