IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
DES MOINES, IOWA, AREA LOCAL    )
AMERICAN POSTAL WORKERS UNION,  )
ALF-CIO,                        )
                                )
            Plaintiff,          )        8:06CV239
                                )
       v.                       )
                                )
MAIL CONTRACTORS OF AMERICA,    )        ORDER
INC.,                           )
                                )
            Defendant.          )
_____)
```

      This matter is before the Court concerning the briefing schedule for the motions for summary judgment.

      IT IS ORDERED:

      1)  That defendant shall have until August 7, 2006, to file its supplemental reply brief and response to plaintiff's summary judgment motion.

      2)  That plaintiff shall have until August 18, 2006, to file a reply brief.

      DATED this 26th day of July, 2006.

                                BY THE COURT:

                                /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court