IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
DES MOINES, IOWA, AREA LOCAL  )
AMERICAN POSTAL WORKERS UNION,)
ALF-CIO,                      )
                             )
             Plaintiff,      )         8:06CV239
                             )
        v.                   )
                             )
MAIL CONTRACTORS OF AMERICA, )         ORDER
INC.,                        )
                             )
             Defendant.      )
_____)
```

This matter is before the Court on the motion to substitute counsel of record (Filing No. 28).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that said motion is granted; Brian A. Vandiver of the law firm of Cross, Gunter, Witherspoon and Galchus, P.C., is substituted for Andrew Faulkner as counsel for defendant.

DATED this 7th day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court