IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
DES MOINES, IOWA, AREA LOCAL   )
AMERICAN POSTAL WORKERS UNION, )
ALF-CIO,                       )
                               )
            Plaintiff,         )        8:06CV239
                               )
      v.                       )
                               )
MAIL CONTRACTORS OF AMERICA,   )        ORDER
INC.,                          )
                               )
            Defendant.         )
_____)
```

This matter is before the Court on the defendant Mail Contractors of America, Inc.'s third motion for extension of time (Filing No. 52). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED defendant's motion is granted; defendant shall have until December 15, 2006, to submit additional evidence pursuant to the Court's order of October 18, 2006 (Filing No. 47).

DATED this 7th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court